CHIEF JUDGE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO.   CR14-213MJP |
| vs. | ) | ORDER CONTINUING TRIAL |
| ANITRA BARQUET, | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER comes before the Court upon the agreed motion of the parties to continue the trial date. The Court has reviewed the relevant pleadings and has been advised on the premises.

The Court finds that pursuant to 18 U.S.C. §3161(h)(7)(B) (I) and (iv), the ends of justice served by continuing the trial date from September 29, 2014 to January 5, 2015, outweigh the best interests of the public and the defendant in a speedy trial. An Order Granting Motion to Withdraw as Attorney was entered on August 22, 2014 and new counsel for defendant was appointed on August 26, 2014. Under these circumstances the failure to grant a continuance to January 5, 2015, would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the agreed motion is granted. The trial is continued to January 5, 2015. Pre-trial motions are due by November 13,

ORDER CONTINUING TRIAL

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644

1

2014.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of delay from September 29, 2014, up to and including January 5, 2015, is excludable time pursuant to 18 U.S.C. §3161(h)(7)(B)(I) and (ii).

DONE this 15th day of September, 2014.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER CONTINUING TRIAL

**Law Offices of Lee Covell**
119 First Avenue South
Suite 500
Seattle, WA 98104
(206) 682-6644

2